UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Clint Rasschaert, Ed Risch, Pamela Schiller, Verna Schuna, Eric Gedrose, and Justin Short, individually and on behalf of the putative Classes, | Civil No. 12-3108 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |
| Frontier Communications Corporation; Frontier Communications of America, Inc.; Frontier Communications of Minnesota; Citizens Telecommunications Company of Minnesota, LLC; and Citizens Telecommunications Company of New York, | |
| Defendants. | |

Based on the parties' submissions and a hearing held on August 2, 2013, the Court **HEREBY ORDERS** in regards to the parties' proposed Settlement:

1. The parties' Joint Motion for Preliminary Approval of the Proposed Settlement (Doc. No. [47]) is **GRANTED**;

2. The HSI Settlement Class, as defined in the parties' Settlement Agreement is hereby **CERTIFIED** for settlement purposes only pursuant to Federal Rule of Civil Procedure 23(b)(3);

3. Plaintiff Ed Risch is hereby **APPOINTED** as Class Representative for the HSI Settlement Class;

4.	Nichols Kaster, PLLP is hereby **APPOINTED** as Class Counsel for the HSI Settlement Class;

5.	The parties' proposed method and form of Class Notice is hereby **APPROVED** for distribution and publication;

6.	A final fairness hearing on the proposed Settlement is hereby scheduled for Friday, November 22, 2013, at 11:00 a.m., at the Warren E. Burger Federal Building and United States Courthouse, Courtroom 7C, 316 North Robert Street, Saint Paul, Minnesota 55101.

Dated:  August 2, 2013	s/Donovan W. Frank
	DONOVAN W. FRANK
	United States District Judge