UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clint Rasschaert, Ed Risch, Pamela Schiller, Verna Schuna, Eric Gedrose, and Justin Short, individually and on behalf of the putative Classes,

Plaintiffs,

v.

Frontier Communications Corporation;
Frontier Communications of America, Inc.;
Frontier Communications of Minnesota;
Citizens Telecommunications Company of Minnesota, LLC; and Citizens Telecommunications Company of New York,

Defendants.

Civil No. 12-3108 (DWF/JSM)

**ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

Based on the parties' submissions and a hearing held on August 2, 2013, the Court **HEREBY ORDERS** in regards to the parties' proposed Settlement:

1. The parties' Joint Motion for Preliminary Approval of the Proposed Settlement (Doc. No. [47]) is **GRANTED**;

2. The HSI Settlement Class, as defined in the parties' Settlement Agreement is hereby **CERTIFIED** for settlement purposes only pursuant to Federal Rule of Civil Procedure 23(b)(3);

3. Plaintiff Ed Risch is hereby **APPOINTED** as Class Representative for the HSI Settlement Class;

4. Nichols Kaster, PLLP is hereby **APPOINTED** as Class Counsel for the HSI Settlement Class;

5. The parties' proposed method and form of Class Notice is hereby **APPROVED** for distribution and publication;

6. A final fairness hearing on the proposed Settlement is hereby scheduled for Friday, November 22, 2013, at 11:00 a.m., at the Warren E. Burger Federal Building and United States Courthouse, Courtroom 7C, 316 North Robert Street, Saint Paul, Minnesota 55101.

Dated: August 2, 2013           s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge