UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ed Risch, individually and on behalf of the putative Class,

        Plaintiff,

v.

Frontier Communications Corporation;
Frontier Communications of America, Inc.;
Frontier Communications of Minnesota;
and Citizens Telecommunications Company
of Minnesota, LLC,

        Defendants.

Civil No. 12-3108 (DWF/JSM)

**ORDER GRANTING
FINAL APPROVAL**

Based on the parties' submissions and a hearing held on November 22, 2013, the Court hereby **ORDERS** in regards to the parties' proposed settlement:

1. The Court finds the proposed settlement and plan of distribution as set forth in the Parties' Settlement Agreement and moving papers to be fair, reasonable, and adequate;

2. The parties' Joint Motion for Final Approval of the Proposed Settlement (Doc. No. [62]) is **GRANTED**;

3. The proposed distribution of the settlement fund is hereby **APPROVED**;

4. The settling plaintiffs' claims in this litigation are hereby **DISMISSED WITH PREJUDICE**; and

5. The claims of the class members who opted out of the settlement are hereby **DISMISSED WITHOUT PREJUDICE**.

Dated: November 22, 2013        s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge